IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JEREMY RUIZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | No. 1:24−CV−1048−DAE |
| | § | |
| THE CITY OF AUSTIN, AUSTIN POLICE DEPARTMENT, OFFICER JON FRANCIS RIORDAN, AP8948, in his individual capacity, OFFICER BRANDT THIBODEAUX, AP9379, in his individual capacity, | § § § § § § | |
| | § | |
| Defendants. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendations ("the Report") submitted by United States Magistrate Judge Dustin M. Howell. (Dkt. # 46.) Neither party has objected to the Report. The Court finds this matter suitable for disposition without a hearing. After reviewing the Report, the Court **ADOPTS** Magistrate Judge Howell's recommendation. (Dkt. # 46.)

BACKGROUND

The Court recites the background facts as stated by the Magistrate Judge. (Dkt. # 46.) Plaintiff Jeremy Ruiz ("Ruiz") appeals the Court's Order granting the Motion for Summary Judgment filed by Defendants City of Austin,

Austin Police Department, Jon Francis Riordan, and Brandt Thibodeaux (collectively, "Defendants") in its entirety and dismissing the case. (Dkts. ## 37; 38.) Ruiz moved to proceed *in forma pauperis* on appeal and filed a financial affidavit in support. (Dkts. ## 40; 44.) This Court referred the Motion to Magistrate Judge Howell. (Dkt. # 46 at 1.)

Magistrate Judge Howell reviewed Ruiz's financial affidavit and found that he is indigent. (Id.) Magistrate Judge Howell further found that Ruiz has presented a non-frivolous issue for appeal, based on Ruiz's representations that he intends to raise the following issues on appeal: whether the District Judge "made improper credibility determinations and drew video inferences in the movants' favor," whether the officers lacked probable cause, whether the District Judge erred by failing to analyze a "materially misleading affidavit," and whether the dismissal of the municipal-liability claim must be vacated as derivative. (Dkt. # 46 at 1-2.) Magistrate Judge Howell recommended that this Court grant Ruiz's Motion to Proceed *In Forma Pauperis* on Appeal. (Dkt. # 46 at 3.) Magistrate Judge Howell filed his Report on August 11, 2026. (Dkt. # 46.) Neither party has filed objections.

## DISCUSSION

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error. United States v. Wilson, 864

F.2d 1219, 1221 (5th Cir. 1989). After careful consideration, the Court adopts the Magistrate Judge's Report. The Court finds the Magistrate Judge's conclusions that Ruiz is indigent and that Ruiz has presented a non-frivolous issue for appeal are reasonable and absent of clear error. (Dkt. # 46 at 1-2.) Therefore, the Court determines that the Magistrate Judge's conclusions and recommendation are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Report and Recommendation by the Magistrate Judge as the opinion of the Court. (Dkt. # 46.)

**IT IS SO ORDERED**.

**DATE**: Austin, Texas, September 21, 2026.



David Alan Ezra
Senior United States District Judge